# EXHIBIT A

# Allev ate
FINANCIAL SOLUTIONS

**Client Service Package**


| | |
|---|---|
| Client Information | 2 |
| Hardship Letter | 3 |
| Financial Budget | 4 |
| Limited Power of Attorney | 5 |
| Schedule A (Target Debts) | 6 |
| Schedule B (Payment Schedule) | 7 |
| Service Agreement | 8 |
| Privacy Policy | 13 |
| Exhibit A (Disclosure of Services) | 14 |
| Declaration of Understanding | 15 |
| Notice of Cancellation | 16 |
| Letter Of Authorization | 18 |


Individual results may vary and are dependent on successful completion of program and ability to save funds. Alleviate Financial Solutions LLC. does not assume or pay any debt. Read and understand contract terms before enrolling.

# CLIENT INFORMATION

## Applicant

**Full Name**

Mabel Arredondo

**SSN** **DOB**

**Married to Co-applicant?**

No

## Co-Applicant

**Full Name**

**SSN** **DOB**

## Employment Information

**Main App Employer**

Aero Tax Finance

**Title**

Assistant

**Classification**

W-2

**Co App Employer**

**Title**

**Classification**

## Contact Information

**Street** **City** **State** **Zip Code**

**Home Phone**

915-820-1859

**Cell Phone**

915-203-7791

**Main App Email**

mabel.arredondo22@gmail.com

**Co App Email**

## Other

**Are you currently enrolled in a credit counseling program?**

No

**Are you currently involved in a bankruptcy proceeding?**

No

**If you are in the military, work in law enforcement, work for a financial institution or have a security clearance, please provide details:**

No

**Applicant Signature** **Date** **Co-Applicant Signature** **Date**

including consumer credit counseling and bankruptcy. (See Exhibit A of this Agreement for further information). Client acknowledges that each of these options has been explained and the consequences and advantages of each option have been explained and that Client has elected to participate in the Services. Client further understands and acknowledges, AFS maintains Surety Bonds and Insurance Policies for consumer claims. Consumer Credit Counseling may have less of an impact on the Client's credit rating and will reduce interest rates on current debt, but requires the full payment of Client's existing debt. Bankruptcy discharges the majority of the client's debt. Notwithstanding, Client has requested AFS to pursue the settlement or restructuring of their debts in an effort to avoid bankruptcy.

15. **Arbitration. In the event of any claim or dispute between Client and AFS related to this Agreement or related to any performance of any services related to this Agreement, the claim or dispute shall be submitted to binding arbitration upon the request of either party upon the service of that request to the other party. The parties shall agree on a single arbitrator to resolve the dispute. The matter may be arbitrated either by the Judicial Arbitration Mediation Service ("JAMS") or American Arbitration Association ("AAA"), as mutually agreed upon by the parties or selected by the party filing the claim. The arbitration shall be conducted in either the county in which Client resides, or the closest metropolitan county. Any decision of the arbitrator shall be final, shall not be subject to vacation or modification, and may be entered into any judgment in any court of competent jurisdiction. The conduct of the arbitration shall be subject to the then current rules of the arbitration service. The costs of arbitration, excluding legal fees, will be split equally or be borne by the losing party, as determined by the arbitrator. The parties shall bear their own legal fees. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The Parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff in a class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This Section and the Arbitration requirement shall survive any termination.**

16. <u>Communications</u>. Client shall direct all communication and forward all documents to AFS at:

**Alleviate Financial Solutions LLC.**
92 Corporate Park #C-407
Irvine, CA 92606
**Email:** **help@alleviatefinancial.com**
**Phone:** (888) 879-9777
**Fax:** (888) 655-1597

| |
|---|
| By initialing below, I hereby agree to the receipt of future calls delivered using automated telephone dialing equipment and/or artificial or pre-recorded voice messages from AFS and its affiliates or agents at any phone number or email address that I provided in the application, or using any phone number or email address that I provide in the future. I expressly consent and request to receive calls and text/SMS messages from AFS and its affiliates or agents and waive any prior No Call registrations for the purpose of these communications. Standard text message rates will apply. I also understand that my consent is not a condition of purchase. |
| Initials ____________ |
| |

17. <u>Integration</u>. This Agreement and all schedules and exhibits are the complete and exclusive statement of the Agreement of the parties and supersede