# U.S. District Court

## Texas Western - El Paso

Receipt Date: Apr 10, 2023 10:31AM

Yazmin Gonzalez
14205 Charles Pollock
El Paso, Texas 79938

Rcpt. No: 1143 | Trans. Date: Apr 10, 2023 10:31AM | Cashier ID: #EP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #28542857782 | 04/6/2023 | $402.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** CIVIL FILING FEE 3:23CV146-KC Gonzalez v. Alleviate Financial Solutions, LLC