**RECEIVED**
June 05, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Javier Martinez__
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC,<br>a California Limited Liability Company<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  EP-23-CV-0146-KC<br>§<br>§<br>§<br>§<br>§ |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on April 10, 2023; that the summons and complaint were duly served upon the Defendant Alleviate Financial Solutions LLC on April 11, 2023, and more than 21 days have passed and no answer or other pleading have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendant Alleviate Financial Solutions LLC as provided in Rule 55(a), Federal Rules of Civil Procedure.

By _Michael E. Trujillo_
Clerk _Deputy_