**FILED**
August 07, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Javier Martinez
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **EP-23-CV-00146-KC** |
| **ALLEVIATE FINANCIAL SOLUTIONS LLC,** a California Limited Liability Company | § | |
| **Defendants.** | § | |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS**

The Plaintiff Yazmin Gonzalez files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against Alleviate Financial Solutions LLC, are dismissed **with** prejudice.

August 7, 2023,

Respectfully submitted,



Yazmin Gonzalez
14205 Charles Pollock Ave
El Paso, TX 79938
(915) 820-1859
Yazminsoto580@gmail.com.

**CERTIFICATE OF SERVICE**

I certify that on August 7, 2023, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

August 7, 2023,

Respectfully submitted,

Yazmin Gonzalez
14205 Charles Pollock Ave
El Paso, TX 79938
(915) 820-1859
Yazminsoto580@gmail.com.

**RECEIVED**
August 07, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Javier Martinez
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **EP-23-CV-00146-KC** |
| **ALLEVIATE FINANCIAL SOLUTIONS LLC,** a California Limited Liability Company | § | |
| **Defendants.** | § | |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendant Alleviate Financial Solutions LLC, it is this,

_____ day of _______________, 2023,

**ORDERED** that Plaintiff's Motion to Dismiss Defendant Alleviate Financial Solutions LLC, be and is hereby

**GRANTED**:

**SO ORDERED**

____________________________

United States District Judge